# NO. 12-20-00219-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *ROBERT CALDWELL,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

## MEMORANDUM OPINION
### PER CURIAM

Robert Caldwell, an inmate acting pro se, filed this original proceeding against Respondent, Justice Brian Hoyle of the Twelfth Court of Appeals, in which he complains that Respondent abused his discretion by handing down the opinion in *Caldwell v. 114th Dist. Court*, No. 12-11-00054-CV, 2011 WL 3273538 (Tex. App.—Tyler July 29, 2011, orig. proceeding) (mem. op.). He asks this Court to reverse that opinion. However, the time for filing a motion for rehearing from that case has long expired. *See* TEX. R. APP. P. 49.1 (motion for rehearing may be filed within 15 days after appellate court's judgment or order is rendered). And once this Court's plenary power expires, as it has in the present case, we cannot vacate or modify our judgment. *See* TEX. R. APP. P. 19.1 (explaining when plenary power expires); *see also* TEX. R. APP. P. 19.3 (after plenary power expires, appellate court cannot vacate or modify its judgment). Accordingly, we cannot grant the relief requested; thus, we **deny** the petition for writ of mandamus.

Opinion delivered October 21, 2020.
*Panel consisted of Worthen, C.J., and Neeley, J.,*
*Hoyle, J., not participating*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

OCTOBER 21, 2020

NO. 12-20-00219-CV

**ROBERT CALDWELL,**
Relator
V.

**HON. BRIAN HOYLE,**
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by Robert Caldwell; who is the relator in appellate cause number 12-20-00219-CV and the plaintiff in trial court cause number 10-2984-A, in the 7th Judicial District Court of Smith County, Texas. Said petition for writ of mandamus having been filed herein on September 15, 2020, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **denied**.

      By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*